91 F.2d 1008 (1937)
In the Matter of COMET TEXTILE CO., Inc., Bankrupt.
Benjamin SOLOMON, as Trustee, Appellant,
v.
CHELSEA FACTORS CORPORATION, Appellee.
No. 460.
Circuit Court of Appeals, Second Circuit.
July 26, 1937.
David Haar, of New York City, for appellant.
*1009 Joseph Dannenberg, of New York City (Julius M. Arnstein, of New York City, of counsel), for appellee.
Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.
PER CURIAM.
Order (15 F.Supp. 963), affirmed.